THE BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF HUDSON, DEFENDANT IN ERROR, v. JOHN C. KAISER, PLAINTIFF IN ERROR.

Argued July 2, 1908—Decided November 16, 1908.

On error to the Supreme Court.

For the plaintiff, defendant in error, *John Griffin.*

For the defendant, plaintiff in error, *Marshall W. Van Winkle* and *Gilbert Collins.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given in the opinion of the Chief Justice. 46 *Vroom* 9.

The opinion cited the case of *Virlue* v. *Freeholders of Essex,* 38 *Vroom* 139. We have not considered that case, and express no opinion thereon.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J. 15.

*For reversal*—None.